UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 30 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| KATHERINE LEA STANFIELD, | No. 25-2607 |
| Petitioner - Appellant, | D.C. No. 4:22-cv-00057-REP District of Idaho, Pocatello |
| v. | |
| JANELL CLEMENT, Warden, | ORDER |
| Respondent - Appellee. | |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

The motion (Docket Entry No. 3) to proceed in forma pauperis is granted.

The motion (Docket Entry No. 3) for retained counsel Craig H. Durham to be appointed under the Criminal Justice Act is also granted. *See* 18 U.S.C. § 3006A.

The opening brief is due July 15, 2025. The answering brief is due August 14, 2025. The optional reply brief is due 21 days after the answering brief is served.

The clerk will serve this order on appellant individually.