Case No. 25-2607

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

KATHERINE LEA STANFIELD,

Petitioner-Appellant,

v.

JANELL CLEMENT, Warden,

Respondent-Appellee.

On Appeal from the United States District Court
for the District of Idaho
Case No. 4:22-cv-00057-REP
The Honorable Raymond E. Patricco,
Chief Magistrate Judge

## RESPONDENT-APPELLEE'S REVISED SUPPLEMENTAL
## EXCERPTS OF RECORD VOLUME 1 of 1

RAÚL R. LABRADOR
Attorney General of Idaho

L. LaMONT ANDERSON*
Lead Deputy Attorney General
Capital Litigation Unit Criminal
Law Division
P.O. Box 83720
Boise, Idaho 83720-0010
Telephone: (208) 334-4520
*Attorneys for Respondent-Appellee*

* Counsel of Record

**INDEX**

| VOLUME 1 OF 1 | | | |
|---|---|---|---|
| **DOCUMENT** | **FILE DATE** | **DOCKET NO.** | **SER PAGE NOS.** |
| Parties Consent to a United State Magistrate Judge | 02/17/2022 | 5-1 | 3-4 |
| Judgment of Conviction | 10/05/2022 | 10[1] | 5-7 |
| Verdict | 10/05/2022 | 10[2] | 8 |
| Indictment | 10/05/2022 | 10[3] | 9-10 |
| Transcript of CD Audio by Detective Vucinich of Disk of Katherine Stanfield | 10/05/2022 | 10[4] | 11-55 |
| Transcript CD Audio of 911 Dispatch Call | 10/05/2022 | 10[5] | 56-63 |

---

[1] These documents were provided as part of the State's Notice of Lodging State Court Records (State's Lodging A-3, pp.726-29).

[2] These documents were provided as part of the State's Notice of Lodging State Court Records (State's Lodging A-3, p.671).

[3] These documents were provided as part of the State's Notice of Lodging State Court Records (State's Lodging A-1, pp.17-19).

[4] These documents were provided as part of the State's Notice of Lodging State Court Records (State's Lodging A-9, pp.5-14).

[5] These documents were provided as part of the State's Notice of Lodging State Court Records (State's Lodging A-9, pp.120-64).

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| Katherine Lea Stanfield<br><br>    Plaintiff,<br><br>vs.<br><br>Janell Clement<br><br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 4:22–cv–00057–REP

**NOTICE OF ASSIGNMENT TO A UNITED STATES MAGISTRATE JUDGE AND CONSENT FORM**

   In accordance with District of Idaho General Order No. 324, you are notified that the above entitled action has been assigned to a United States Magistrate Judge to conduct all proceedings in this case, including trial and entry of final judgment.

   Exercise of this jurisdiction by a United States Magistrate Judge is, however, permitted only if all parties file a written consent form, a copy of which is part of this notice. You may also, without adverse consequences, request immediate reassignment to a District Judge. No Judge will be informed of a party's response to this notification, unless all parties have consented to the assignment of the matter to a United States Magistrate Judge. All parties are requested to return this form within 60 days of receipt to the Clerk of Court. Any party deciding to proceed before a United States Magistrate Judge should sign the consent to proceed form and return it to the Clerk of Court by e–mailing the same in .pdf format to the following address: consents@id.uscourts.gov. If you are a pro se litigant, you should mail this form to the following address: U.S. District Court, 550 W. Fort St. Room 400, Boise, ID 83724. The parties may submit a joint consent, similar to a stipulation, before or after receiving this Notice.

   An appeal from a judgment entered by a United States Magistrate Judge will be directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of this District Court. 28 U.S.C. § 636(c); Fed.R.Civ.P. 73.

## CONSENT TO THE EXERCISE OF JURISDICTION
## BY A UNITED STATES MAGISTRATE JUDGE

   In accordance with provisions of 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and District of Idaho General Order No. 324, the undersigned party to this case consents to have a United States Magistrate Judge conduct any and all proceedings in this case, including the trial, and order the entry of a final judgment.

| Party Represented | Signature | Date |
|---|---|---|
| Katherine Stanfield | | 02/15/2022 |

**SER 003**

Case 4:22-cv-00057-REP   Document 2   Filed 02/11/22   Page 1 of 2

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

Katherine Lea Stanfield )
)  Case No. 4:22-cv-00057-REP
Plaintiff, )
)
)
)
vs. )  **NOTICE OF ASSIGNMENT TO A**
)  **UNITED STATES MAGISTRATE**
)  **JUDGE AND CONSENT FORM**
)
Janell Clement )
)
Defendant )
)
)

In accordance with District of Idaho General Order No. 324, you are notified that the above entitled action has been assigned to a United States Magistrate Judge to conduct all proceedings in this case, including trial and entry of final judgment.

Exercise of this jurisdiction by a United States Magistrate Judge is, however, permitted only if all parties file a written consent form, a copy of which is part of this notice. You may also, without adverse consequences, request immediate reassignment to a District Judge. No Judge will be informed of a party's response to this notification, unless all parties have consented to the assignment of the matter to a United States Magistrate Judge. All parties are requested to return this form within 60 days of receipt to the Clerk of Court. Any party deciding to proceed before a United States Magistrate Judge should sign the consent to proceed form and return it to the Clerk of Court by e–mailing the same in .pdf format to the following address: consents@id.uscourts.gov. If you are a pro se litigant, you should mail this form to the following address: U.S. District Court, 550 W. Fort St. Room 400, Boise, ID 83724. The parties may submit a joint consent, similar to a stipulation, before or after receiving this Notice.

An appeal from a judgment entered by a United States Magistrate Judge will be directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of this District Court. 28 U.S.C. § 636(c); Fed.R.Civ.P. 73.

## CONSENT TO THE EXERCISE OF JURISDICTION
## BY A UNITED STATES MAGISTRATE JUDGE

In accordance with provisions of 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and District of Idaho General Order No. 324, the undersigned party to this case consents to have a United States Magistrate Judge conduct any and all proceedings in this case, including the trial, and order the entry of a final judgment.

Party Represented                    Signature                              Date

Janell Clement                                                                2-17-22

SCANNED

**SER 004**

NO. _____

A.M _____ FILED P.M. 2:01

**AUG 2 2 2012**

CHRISTOPHER D. RICH, Clerk
By SHARY ABBOTT
DEPUTY

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF

THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

THE STATE OF IDAHO,

    Plaintiff,

vs.

KATHERINE LEA STANFIELD,

    Defendant.

DOB: 4/12/53
SSN.: XXX-XX-4372

Case No. CRFE-2010-16169

JUDGMENT OF CONVICTION

This being the time fixed by the Court for pronouncing sentence upon the defendant, the Court noted the presence of the Prosecuting Attorney, or his deputy, the defendant, and Edward Odessey and Jonathon Loschi, counsel for the defendant in court.

The defendant was duly informed of the Indictment filed against her, and the defendant was found guilty by a jury on June 4, 2012 of the crime of MURDER IN THE FIRST DEGREE, FELONY, I.C. §18-4001, 4002, 4003(a) and (d), committed on or about December 11, 2009.

The defendant, and her counsel, were then asked if they had any legal cause or reason to offer why judgment and sentence should not be pronounced against the defendant, and if the defendant, or her counsel, wished to make a statement on behalf of the defendant, or to present any information to the Court in mitigation of punishment; and the Court, having accepted such statements, and having found no legal cause or reason why judgment and sentence should not be

**JUDGMENT OF CONVICTION – Page 1**



pronounced against the defendant at this time; does render its judgment of conviction as follows, to-wit:

That, whereas, the defendant having been found guilty by a jury of the crime of MURDER IN THE FIRST DEGREE, FELONY, I.C. §18-4001, 4002, 4003(a) and (d);

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the defendant, KATHERINE LEA STANFIELD, is guilty of the crime of MURDER IN THE FIRST DEGREE, FELONY, I.C. §18-4001, 4002, 4003(a) and (d) and that she be sentenced to the Idaho State Board of Correction, under the Unified Sentence Law of the State of Idaho, for an aggregate term of LIFE imprisonment, to be served as follows: a <u>minimum</u> period of confinement of ten (10) years, followed by a <u>subsequent indeterminate</u> period of custody not to exceed LIFE imprisonment, with said term to commence immediately. Defendant is to receive ninety-three (93) days credit for time served prior to the entry of this Judgment.

IT IS FURTHER ORDERED that the defendant shall pay restitution to the victim(s) of the defendant's crime in the amount of nineteen thousand dollars and seventy-four cents ($19,000.74) plus interest at the statutory rate until paid in full. The defendant shall pay restitution as quickly as the defendant can reasonably afford to pay. Restitution payments shall be made through the Clerk of the District Court.

IT IS FURTHER ORDERED that the defendant shall pay a fee not to exceed $100, the exact amount of which is to be determined by the Idaho Department of Correction to reimburse said Department for the cost of the preparation of the presentence report.

IT IS FURTHER ORDERED that the defendant shall fully comply with the DNA Database Act.

JUDGMENT OF CONVICTION – Page 2

IT IS FURTHER ORDERED that the Clerk deliver a certified copy of this Judgment and Commitment to the said Sheriff, which shall serve as the commitment of the defendant.

Sentenced and dated this 21st day of August 2012.

_____
Ronald J. Wilper
District Judge

**JUDGMENT OF CONVICTION – Page 3**

NO._____
FILED _____ P.M. 12:30
A.M. _____

JUN 0 4 2012

CHRISTOPHER D. RICH, Clerk
By INGA JOHNSON
DEPUTY

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF

THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

THE STATE OF IDAHO,            )
                               )
        Plaintiff,             )
                               )
vs.                            )     Case No. CR-FE-2010-16169
                               )
KATHERINE LEA STANFIELD,       )
                               )         V E R D I C T
        Defendant.             )
_____)

We, the Jury, unanimously find the defendant KATHERINE LEA STANFIELD,

_✓_ GUILTY of First Degree Murder.

____ NOT GUILTY.

After rendering a verdict you should sign the verdict form and tell the bailiff that you are

finished.

Dated this 4th day of June, 2012.

_C. Adam Thompson_____
Presiding Juror

NO._____
A.M._____ FILED _____ 2:33
P.M.

**SEP 2 1 2010**

J. DAVID NAVARRO, Clerk
By J. WEATHERBY
DEPUTY

**GREG H. BOWER**
Ada County Prosecuting Attorney

**Barbara Duggan**
**Cathy Guzman**
Deputy Prosecuting Attorney
200 West Front Street Room 3191
Boise, Idaho 83702
Telephone: (208) 287-7700

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF

THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

|  |  |  |
|---|---|---|
| STATE OF IDAHO, | ) | FE-10-16169 |
| Plaintiff, | ) ) ) | **Grand Jury No. 10-94** |
| vs. | ) ) | **INDICTMENT** |
| KATHERINE LEA STANFIELD, | ) ) | **Defendant's DOB: 4/12/1953** |
| Defendant. | ) ) | **Defendant's SSN: xxx-xx-4372** |

KATHERINE LEA STANFIELD is accused by the Grand Jury of Ada County by this

Indictment, of the crime of: MURDER IN THE FIRST DEGREEE, FELONY, I.C. §18-4001,

4002, 4003(a) and (d) committed as follows:

That the defendant, KATHERINE LEA STANFIELD, on or about December 11, 2009, in

the County of Ada, State of Idaho, did unlawfully kill with malice aforethought, and murder, Wyatt

Fesler, a human being, in the perpetration of or attempt to perpetrate the crime of Aggravated

Battery on a child under the age of twelve (12) years, to-wit: of the age of two and a half (2½)

**INDICTMENT (STANFIELD), Page 1**

000017
**SER 009**

(DOB: 05/10/2007), by the willful and unlawful use of force or violence upon said child, causing great bodily injury, to-wit: a fatal brain injury, from which the child died on December 13, 2009.

All of which is contrary to the form, force and effect of the statute in such case made and provided and against the peace and dignity of the State of Idaho.

**A TRUE BILL**

Presented in open Court this 21 day of September 2010.

_____
Presiding Juror of the Grand Jury of
Ada County, State of Idaho.

**INDICTMENT (STANFIELD)**, Page 2

CD AUDIO BY DETECTIVE VUCINICH OF DISK OF KATHRINE
STANFIELD
DECEMBER 14, 2009  12:30 P.M.
AUDIO DISK V

TRANSCRIBED BY:
Canyon Transcription
P.O. Box 387
Caldwell, Idaho 83606
(208)454-1010

Proceedings recorded by electronic sound recording.
Transcript prepared by transcription service.


STATE'S
EXHIBIT
3A

MAY 0 9 2012

Admitted into Evidence

1

120

1        (Audio Disk V begins.)

2        DET. VUCINICH:  Today's date is December 14, 2009.

3  The time right now is 12:30 p.m.  I'm out at 10245 West

4  LaHontan Drive.  Reference DR932823.  This is the residence

5  of Kathy Stanfield -- Kathrine Stanfield.  This will be a

6  follow-up and an attempt to do a video reenactment.

7  Assisting me is Amanda Clough, Boise PD lab.

8        Amanda, just give me a sec.  I'm going to go talk

9  to the family and then just come on up.

10        MS. STANFIELD:  Honey, you do not open the door to

11  strangers.  You do not open the door to people.  Grandma --

12        DET. VUCINICH:  How you doing, Jake?  Hi, Kathy,

13  how are you?

14        MS. STANFIELD:  (Inaudible.)

15        DET. VUCINICH:  Hi, Bob.  How are you?

16        MS. STANFIELD:  Go turn off the TV downstairs,

17  please.  I was just getting ready to leave but that's fine.

18        DET. VUCINICH:  Okay.  Thanks.  How are you doing,

19  big fellow?

20        UNIDENTIFIED SPEAKER:  Good.

21        DET. VUCINICH:  (Inaudible) good.  Can you shut the

22  door there?  There you go.  Thanks, buddy.

23        MS. STANFIELD:  Jake, are you going to play

24  in the bedroom or what, buddy?

25        JAKE:  Uh, yeah.

2

**SER 012**

```
 1          MS. STANFIELD:  Because grandma was going to go and
 2    finish some stuff and you were going to stay with Poppa but
 3    I'll do it later.
 4          DET. VUCINICH:  Anyhow, sorry for you guys'
 5    situation here.
 6          MS. STANFIELD:  We're not dealing with it at all
 7    right now.  We're just not dealing with it real well.  It
 8    was going to be his first Christmas here.  I'm sorry.
 9          DET. VUCINICH:  (Inaudible.)
10          MS. STANFIELD:  Had to go to school today and tell
11    the children's teachers so the kids -- because of the kids.
12    The teachers have all known me for over 13 years because my
13    granddaughter went there and I raised my granddaughter and
14    now she's in Texas and she's like a straight A student.
15    They say, "Kathy, we know you.  This is so bizarrely
16    ridiculous."  And I said, "It was horrible.  It was
17    horrible."  I said the whole day was horrible.  I'm not
18    dealing with it real well and Lance and Stacie aren't
19    either.
20          DET. VUCINICH:  I know.  It's a tough thing.  What
21    brings me here today, Kathrine, is because the little
22    fellow did pass on --
23          MS. STANFIELD:  Uh-huh.  I was there holding him.
24    When they turned the machine off, I was standing --
25    sitting -- Lance held-- we were all there.  They came out and
```

SER 013

1  told them your option's to turn the machine off.

2       DET. VUCINICH:  Okay.  Well, because of that, I

3  mean obviously we still have to conclude our investigation

4  through law enforcement as well as the medical side of it.

5  Whenever we have a death of a child, we work very closely

6  with the medical profession and they rely on a lot of

7  information for us to provide to them so they can kind of

8  conclude their findings.

9       MS. STANFIELD:  I'll turn that off.

10       DET. VUCINICH:  Oh, thanks.  Yeah.  So they can

11  conclude their findings on the cause.

12       MS. STANFIELD:  They what?

13       DET. VUCINICH:  So that they can conclude their

14  findings on the cause.  I mean there's still a lot of work

15  to do on both ends from the law enforcement side of it

16  and --

17       MS. STANFIELD:  Now, has he had an autopsy already?

18       DET. VUCINICH:  There has been one performed.

19       MS. STANFIELD:  I mean they already did the

20  autopsy?

21       DET. VUCINICH:  Yeah, yeah.  I don't know what the

22  final results are though but anyhow -- and the reason why

23  I'm here today is I'm trying to figure out, you know,

24  obviously what happened and try to gather more information

25  mainly for the medical side of it so they can kind of help

4

SER 014

1  piece this whole thing together and come up with a final

2  conclusion so the files can be put away.

3       But in order to do that, a lot of times we have

4  people reenact for us on video tape for us. We can take it

5  back to the medical profession so they can see, you know,

6  what was going on at the time the incident occurred so they

7  can kind of -- you know, it's all part of putting the

8  pieces of the puzzle back together is what it is.

9       MS. STANFIELD: A reenactment when he fell you

10  mean?

11       DET. VUCINICH: Yeah.

12       MS. STANFIELD: Fell over?

13       DET. VUCINICH: Yeah. Just like you had explained

14  to me when you --

15       MS. STANFIELD: How are you going to reenact that?

16  The boys aren't here right now and --

17       DET. VUCINICH: You can just walk us through it and

18  we can see -- because that way we can see the area and I

19  can take this back to the doctors and say, "This is where

20  it happened. This is what she said occurred," and so forth

21  and then we just start putting the pieces of the puzzle

22  back together and I have my lab tech -- I think she's

23  outside. I don't know if she's outside on your front porch

24  or outside by her truck but she had come by to assist me

25  with that. And with your cooperation, I would appreciate

```
 1    if you could do that for us and what I would ask you to
 2    do -- and again, this is just -- again, it's voluntary.
 3    It's under the same consent form that I --
 4              MS. STANFIELD:  You want the whole day or just when
 5    he fell?
 6              DET. VUCINICH:  Well --
 7              MS. STANFIELD:  Because I was actually gone.  I've
 8    got -- I actually got -- when you left, I got out my
 9    receipts what time I was at the stores.  I have that.  I
10    didn't know if you need that.
11              DET. VUCINICH:  Oh, you know, yes.  I'll take
12    those.
13              MS. STANFIELD:  No.  After you left, I thought --
14    see, when you asked me questions, I don't sit and look at
15    the clock at times.
16              DET. VUCINICH:  Sure, sure.
17              MS. STANFIELD:  I mean I tried to answer you to the
18    best of my knowledge as far as times.
19              DET. VUCINICH:  Correct.
20              MS. STANFIELD:  And then I realized that he didn't
21    do -- hit his head in the morning right here on the floor
22    because I was gone and then I've got the receipts proving
23    what time I was at one store and what time I was at the
24    other and what time I came back and he had to hit his
25    forehead like I told you shortly at 11:00ish -- around
```

1   11:00 because the receipts is when I got home.

2           DET. VUCINICH:  Who was here with him?

3           MS. STANFIELD:  Huh?

4           DET. VUCINICH:  Who was here with him?

5           MS. STANFIELD:  Me and him.  I got --

6           DET. VUCINICH:  Oh, I see.  You're just telling me

7   the time that he hit his head was --

8           MS. STANFIELD:  Yeah.  The time he hit his

9   little -- the time he hit his little forehead had to be

10  around 11:00ish something.

11          DET. VUCINICH:  Uh-huh.

12          MS. STANFIELD:  Because -- and I had originally

13  told you guys 10:00.  I thought what's wrong with me?  But

14  like I said, I don't look at the clock.  Him and I left

15  here at 9:00.  We got back here at 11:00.  He hit his head

16  after we got back here.  I got receipts proving what times

17  I was at the stores.  I don't know if you need that.

18          DET. VUCINICH:  Yeah.  I would like to take those.

19          MS. STANFIELD:  I thought about that after you

20  left.  I thought, shoot, you know, I got the receipts lying

21  right here.  So I went like this to see what time and they

22  had the time on them.

23          DET. VUCINICH:  Okay.  But just so you know,

24  Kathrine and Bob, while you guys are here -- I think that's

25  just my partner there.  I need -- you know, obviously I

7

**SER 017**

1    just want to make sure that this is still okay with you and

2    I appreciate your cooperation. Remember the consent form

3    that you guys did sign for me the last time I was here on

4    Friday?

5            MS. STANFIELD: Well, I was a little bit bummed

6    with the investigator. I felt very uncomfortable with her.

7            DET. VUCINICH: Who?

8            MS. STANFIELD: The one that does all the

9    measuring. A gal came in to measure our house.

10           DET. VUCINICH: Oh, yeah, yeah, yeah, yeah.

11           MS. STANFIELD: She wasn't very friendly. She

12   acted very -- I don't know. I just felt really

13   uncomfortable with her. To me, she seemed extremely --

14           DET. VUCINICH: Well, we're not going to have that

15   kind of personality at this point here.

16           MS. STANFIELD: She just acted mad that she had to

17   be here like she wanted to be home instead of here.

18           DET. VUCINICH: Oh, I see.

19           MS. STANFIELD: And I asked her a simple question.

20   I said, "Now, why do they measure all the rooms," and she

21   goes, "It's my job." And I went, "Okay." I just felt like

22   I had stepped on her toes or something.

23           DET. VUCINICH: Oh, I apologize.

24           MS. STANFIELD: I just -- would you please call

25   Stacie and tell her I will not be at the store?

1        DET. VUCINICH:  I will pass that on.

2        MS. STANFIELD:  I just felt kind of uncomfortable

3 with her because I mean they were measuring all the rooms

4 and I simply said -- because you wanted them to measure the

5 rooms or whatever you asked them to do.

6        DET. VUCINICH:  Uh-huh.

7        MS. STANFIELD:  And I said, "You didn't do the

8 garage," and she said -- she got all mad and reset the

9 sacks back down and then they went out and measured the

10 garage.  And I said, "I only told you that because I heard

11 him say even the garage."

12        DET. VUCINICH:  Okay.

13        MS. STANFIELD:  I was trying to be helpful to her

14 so that she didn't have to come back out and measure the

15 garage.

16        DET. VUCINICH:  Okay.

17        MS. STANFIELD:  She just didn't seem to be in a

18 very good mood.

19        DET. VUCINICH:  Okay.  Well, I apologize for that

20 and I'll talk with her.

21        MS. STANFIELD:  I'll give you the receipts.

22        DET. VUCINICH:  And so -- so you're okay?  You're

23 okay with doing this?  Is that what I'm gathering here,

24 Kathrine?

25        MS. STANFIELD:  Actually, I'm not okay with any of

9

1    this.  It's all been a real heartache and stuff and --

2             DET. VUCINICH:  Well, outside of that.  I mean --

3             MS. STANFIELD:  I mean you have to do what you have

4    to do and I understand that.

5             DET. VUCINICH:  I appreciate that.

6             MS. STANFIELD:  I understand.  See, I had told you

7    I had first gone to Savers and I looked at it and I was

8    going, okay, where is this at.

9             DET. VUCINICH:  (Inaudible.)

10            MS. STANFIELD:  Right there.  I was there till

11   9:56.  I left here at 9 -- I got at Savers at 9:05 so I could

12   be there when it opens.  Sorry.  I'm a secondhand Grandma for

13   the kids.  They get their little cars and all kinds of cool

14   stuff.  Anyway, I got there at 9:05 and I left there at

15   9:56.  And then this one, I went down to the Goodwill right

16   after that and when I checked out of there, it says 10:45

17   and I got back here right around 11:00 because that's what

18   time I feed Wyatt.

19            DET. VUCINICH:  And you were saying that he had

20   that --

21            MS. STANFIELD:  Then I told him to go downstairs.

22   We got here right after 10:45.  It only takes me a few

23   minutes to get here from Fairview.  So I got home.  I said,

24   "Honey, go down and take your shoes off."  So he went down

25   and took his shoes off.  I said, "Let's go potty," and

1    that's when he fell right here.  He came up -- he's so

2    little though.  And he come like this and his pants were

3    too long and he went like this and down he went.

4             DET. VUCINICH:  Okay.

5             MS. STANFIELD:  And he hit his forehead like right

6    in this area just poosh.

7             DET. VUCINICH:  He always hits the same spot.

8             MS. STANFIELD:  He always hits the same spot on his

9    head.  Always on the same side of his head.  Never on the

10   left.  It's always on the right.  The one thing I'm really

11   uncomfortable with, when the paramedics came in here and I

12   was doing CPR right here with him because I mean I was --

13   yeah, right here because he fell right there and I was

14   doing CPR, he did not have any bruise on his arm and

15   they're saying he had this big huge bruise on his arm and

16   I'm seriously thinking the paramedics when they were

17   pulling around on him and jerking on him, that bruised his

18   arm.

19             That was not there because when my daughter dressed

20   him in the morning, she goes, "Mom, he didn't have that

21   bruise in the morning."  I said I never saw that bruise and

22   I had taken his little shirt off to change his shirt

23   because he got it soured and there was no marks on his arms

24   and when he was at the hospital, I'm thinking it was his --

25             MR. STANFIELD:  It was his right arm because

11

**SER 021**

1    actually --

2         MS. STANFIELD:  This right arm right here had this

3    long bruise.  That was not there and that made me -- I

4    said, "Where'd that come from?"  The doctor said that was

5    there when he came into this emergency room and I said it

6    wasn't there during the day because I took his shirt off

7    and put it in the laundry and he did not have that bruise

8    on him.  So I was a little bit stressed about that.  So

9    there was things on him that I know weren't there.  You can

10   do what you want with these.  The times are on them.

11        DET. VUCINICH:  Okay.  I'll take these.  I'll put

12   these away.

13        MS. STANFIELD:  The times are on them.  That proves

14   what time I was gone and shopping and with him and back and

15   it was just me and him.

16        DET. VUCINICH:  I'll write up a property invoice

17   here for you real shortly and give that to you for those.

18   So anyhow, then really quick, she's going to fire up her

19   video camera and I would like to go over both those things.

20   One, what you just did here with the forehead injury around

21   11:00.

22        MS. STANFIELD:  Okay.  Around 11:00ish.

23        DET. VUCINICH:  And then we'll do that one first.

24        MS. STANFIELD:  Okay.

25        DET. VUCINICH:  And then we'll go into the one

12

SER 022

1  where obviously he collapsed and wasn't responsive.

2         MS. STANFIELD:  Yeah, he just (inaudible).

3         DET. VUCINICH:  Okay.

4         MS. STANFIELD:  I want to say I talked to the

5  grandma -- sorry.  I talked to the grandma that's raised

6  him for a year and a half and she said when he was little

7  like not quite one or somewhere in that range, she says,

8  "Kathy, he was always falling down."  And I said, "So he

9  did it with you?"  And she goes, "All the time.

10  Constantly."

11         DET. VUCINICH:  Which grandma was that?

12         MS. STANFIELD:  Grandma Denise.  It's Lance's

13  mother.  And then Lance's great grandma said the same

14  thing.  She said, yes, his equilibrium has always been

15  crazy out there.  They both told me that when we were all

16  sitting at the hospital and I said, "Why hasn't somebody

17  done something about this?"  My question was, "Okay.  Why

18  hasn't somebody done something about this?"  Stacie called

19  the doctors -- my daughter called the doctor's office

20  numerous times and said something's not right with him.  He

21  can be sitting and fall over.  He can be -- come down her

22  stairs.  They have an upstairs.  He comes down the stairs

23  and he'll fall.

24         DET. VUCINICH:  Now, who's told you that?

25         MS. STANFIELD:  My daughter told me she had --

**SER 023**

1    DET. VUCINICH:  Stacie?

2    MS. STANFIELD:  Yeah.  Stacie told me that he would

3    bang and bang his head on the floor.  I said I never saw

4    that.  I never seen him banging his head on the floor but

5    he banged his head right here on the door one night.  I

6    told her, I said, "You go over there and stand time out."

7    That's (inaudible) two-year-old.  He was being a stinker.

8    I said, "Go over there and stand time out."  So he banged

9    his head on the door.  And I walked over to him.  I said,

10   "Wyatt, don't bang your head on the door."

11   DET. VUCINICH:  Okay.

12   MS. STANFIELD:  I've never seen him do it but

13   Stacie said he'd bang his head on the door.  The grandma

14   when he was like a year old, the actual grandma, not the

15   great grandmother but Lance's mom said she went downtown to

16   get his birth certificate and didn't see the curb and this

17   is when he was around a year I think.  Didn't see the curb

18   and she went to step up, he hit his head extremely hard on

19   the sidewalk on the back of his head.

20   Now, I don't know if she took him to the doctor.  I

21   don't know any of this.  So you might want to talk to --

22   her name is Denise -- what was her -- I don't know her last

23   name.  It's actually Lance's mother.

24   DET. VUCINICH:  Lance's mom and Lance's grandma.

25   MS. STANFIELD:  Lance's mom and Lance's grandmother

1    could probably give you some more information.

2           MR. STANFIELD:  Beause they raised him up --

3           MS. STANFIELD:  They both actually raised him for a

4    year and a half.  I haven't even been -- I didn't start

5    taking care of this little guy until August.

6           DET. VUCINICH:  But they're both telling you that

7    he had equilibrium problems (inaudible)?

8           MS. STANFIELD:  They both told me he's had major

9    equilibrium problems.  The grandmother -- not the great

10    grandma but the grandmother said he fell down her front

11    steps two to three good times.

12           DET. VUCINICH:  Okay.  I will definitely talk to

13    them.

14           MS. STANFIELD:  Yeah, I just think that you could

15    get some information from them.

16           DET. VUCINICH:  I will do that.

17           MS. STANFIELD:  More than what I can give you

18    because I haven't been with him that much.

19           DET. VUCINICH:  Okay.  Do you need to start from

20    the outside and get the address and then move in and

21    (inaudible) or how do you want to do that?  How would you

22    normally do it?

23           MS. CLOUGH:  If -- I can do that with still photos

24    if you'd like.

25           DET. VUCINICH:  However you want to do it.

1    Whatever you --

2          MS. CLOUGH:  Or if you want it all tied in on the

3    video.  Either way.  Do you want me to just -- I could just

4    start outside with the outside of the house and just come

5    in and then this is our major area, right?

6          DET. VUCINICH:  Right.  This is it, right here?

7          MS. STANFIELD:  They spend all their time down

8    there eating lunch.

9          DET. VUCINICH:  Okay.

10         MS. STANFIELD:  They spend all their time down

11   there watching cartoons or playing.

12         DET. VUCINICH:  Okay.

13         MS. STANFIELD:  I hate being --

14         DET. VUCINICH:  No, we're just talking about where

15   we're going to go for these injuries.

16         MS. CLOUGH:  You're going to tell us where he fell

17   and --

18         MS. STANFIELD:  Oh, I thought you meant where they

19   spend most of their time.

20         DET. VUCINICH:  No.  Just where the --

21         MS. STANFIELD:  All of it took place right here.

22         DET. VUCINICH:  Okay.

23         MS. CLOUGH:  So I can do that and then it's all

24   linked on the video and then we can just come in and --

25         DET. VUCINICH:  You need me to preface it in any

16

1    way?

2          MS. CLOUGH:  Uh-huh.  No.  I think -- because we

3    don't need to do any other part of the house because we

4    have photos of all that so I think we're good.  We'll just

5    do --

6          DET. VUCINICH:  She's the boss.

7          MS. CLOUGH:  We'll just come in from -- he said

8    that in front of you but --

9          MS. STANFIELD:  At least she's laughing and

10   smiling.  The other gal, I was kind of going whoa.  I think

11   she was late on her hours or something and wanted to go

12   home or something.  I couldn't tell.  I was just going --

13         DET. VUCINICH:  Well, she works under her so she'll

14   talk to her.

15         MS. CLOUGH:  Yeah.

16         MR. STANFIELD:  The officers, they were great.

17         MS. CLOUGH:  She's sort of new.

18         MS. STANFIELD:  The officers were extremely nice

19   and so were you.  I felt okay with you.  My grandsons were

20   uncomfortable.  The older one, the eight-year-old.  Chad's

21   really quiet.  He goes, "Grandma, I was really

22   uncomfortable.  I got a sick tummy."

23         DET. VUCINICH:  With me?

24         MS. STANFIELD:  Yeah.

25         DET. VUCINICH:  Oh, I didn't see that (inaudible).

17

SER 027

1       MS. STANFIELD: Well, he's just really shy and he

2  gets uncomfortable and he holds it in and when you left, he

3  says, "Grandma, I got a tummy ache," and I said, "I'm

4  sorry, honey." He doesn't --

5       MR. STANFIELD: The other one in the play room now,

6  he'll talk to anybody (inaudible).

7       MS. STANFIELD: He'd talk to anybody. That little

8  one will flip right off the walls and go (inaudible). He

9  tells a lot of jokey stories and --

10      DET. VUCINICH: Yeah, I can see that.

11      MS. CLOUGH: So what I'm going to do is I'll go

12 outside and I'll come in and just videotape from the

13 outside -- outside of the house and come in here.

14      DET. VUCINICH: Okay.

15      MS. CLOUGH: And then when I get here, you can just

16 kind of -- if you want to just set up --

17      MS. STANFIELD: You ask me the questions and I

18 answer? Is that what I do?

19      MS. CLOUGH: No. You can just say that this is,

20 you know, where he was --

21      DET. VUCINICH: We're running with audio also?

22      MS. CLOUGH: -- where he fell. Yeah.

23      DET. VUCINICH: Okay.

24      MS. CLOUGH: Where he fell and then -- and so she

25 can walk you through that and then we'll go in there where

18

SER 028

1   he actually went down and then you can just say this is the

2   area where he went down and we can videotape that and go

3   from there.

4       DET. VUCINICH:  Okay.  And when we get to those

5   phases, Kathrine, I want you just to act as natural and

6   normal as you did the day of.

7       MS. STANFIELD:  Okay, okay.

8       DET. VUCINICH:  So -- and when he falls here, you

9   know, you kind of demonstrate like you did.

10      MS. STANFIELD:  Okay.

11      DET. VUCINICH:  You know, but then show me what you

12  did after he fell.

13      MS. STANFIELD:  Okay, okay.

14      DET. VUCINICH:  And then same thing when we go in

15  the living room, just --

16      MS. STANFIELD:  Yeah, because it was two different

17  parts of the day.

18      DET. VUCINICH:  You're right.

19      MS. STANFIELD:  Hours apart -- hours and hours

20  apart.

21      DET. VUCINICH:  We understand that.  We'll make

22  sure it's clear.

23      MS. STANFIELD:  Right.

24      DET. VUCINICH:  But when you get to those phases,

25  just --

19

1       MS. STANFIELD:  Like when -- I felt like when I was

2   talking to you, I was trying to get the hours straight and

3   that's really hard.  When you go shopping --

4       MS. CLOUGH:  Right.  (Inaudible.)

5       MS. STANFIELD:  The only thing -- the only thing

6   that I know that I do on a timely manner is the little

7   boy's always fed at 11:00.  So I knew I was back here at

8   11:00.  And he fell then and then he ate his lunch.  He

9   took a nap and I mean it's always the same because I'm

10  always on schedule that way.  As far as going shopping, I

11  didn't know the hours.

12      MS. CLOUGH:  All right.  So I'm going to go out

13  here and then --

14      DET. VUCINICH:  Okay.  And then we're going to

15  start so --

16      MS. STANFIELD:  That's fine.

17      DET. VUCINICH:  Once the video's running, we'll

18  just kind of go through those scenarios and then we'll open

19  it back up for other questions or comments.

20      MS. STANFIELD:  Now, on an autopsy, how long does

21  it take them -- because our daughter got shot by the police

22  and --

23      DET. VUCINICH:  I have no -- I mean those things,

24  sometimes they take weeks to come back.  They do.  Those

25  things take weeks sometimes to come back.

1    MS. STANFIELD:  So you're saying this case could be

2    open for days and days and days and days.

3        DET. VUCINICH:  It could be open for days and days

4    and days and that brings us to another area that I need to

5    talk to you and your husband about before I leave here

6    today.  We'll do that as soon as we get done with her and

7    let her go back to her office.

8        MS. STANFIELD:  Okay.

9        DET. VUCINICH:  She has some more things she needs

10   to get done also but then I need to sit here and chat with

11   you guys a little bit about that.

12       MS. STANFIELD:  Don't you think the coroner -- I

13   mean (inaudible).  (Inaudible) staying home at 4:00.  I got

14   to pick Chad up at 3:00.  I got to pick my other grandson

15   up at 3:15 again.

16       DET. VUCINICH:  Where is Stacie at right now?

17       MS. STANFIELD:  Her and Lance are doing -- I don't

18   know what they're doing.  They're out there somewhere.

19   They're doing the grandma and talking to the grandmas and I

20   don't know.  Lance is really --

21       MR. STANFIELD:  Yeah, they went to his mom's last

22   night.

23       MS. STANFIELD:  Spent hours with the mom because

24   she was really stressed out.

25       MR. STANFIELD:  She was by herself.

21

1   DET. VUCINICH: With --

2   MS. STANFIELD: Lance's mother.

3   DET. VUCINICH: Lance's mom.

4   MS. STANFIELD: Now, Lance's grandmother is in

5 Caldwell in a care center. She has -- it's an assisted

6 living place.

7   MR. STANFIELD: She took care of Wyatt for a long

8 time too.

9   MS. STANFIELD: Well, both grandmas have.

10   MR. STANFIELD: Both grandmas did.

11   MS. STANFIELD: The grandmas don't get along.

12   DET. VUCINICH: (Inaudible.) You ready for me to

13 start there, Amanda?

14   MS. CLOUGH: I am. Go ahead.

15   DET. VUCINICH: Okay. Kathrine, what I want you to

16 do first off is earlier you told me about an incident where

17 he tripped going from this room into this room.

18   MS. STANFIELD: Yes.

19   DET. VUCINICH: Will you show me that?

20   MS. STANFIELD: We got home around 11:00.

21   DET. VUCINICH: Before you start, which injury are

22 we talking about?

23   MS. STANFIELD: The little forehead.

24   DET. VUCINICH: Okay. Will you just show -- turn

25 around here and show where that was.

22

SER 032

1        MS. STANFIELD:  He fell at 11:00 on the step and got

2  a little owie-goose egg on the right side of his forehead.

3        DET. VUCINICH:  Okay.  And how did he get that?

4        MS. STANFIELD:  He comes down here like this to

5  take his little shoes off right here in this area.  They

6  always lay their little shoes and coats right here.  He

7  comes back up after he gets his shoes off and starts to

8  step up like this and caught his jeans and fell in this

9  area and hit his little forehead.  Didn't even cry so then

10  I come over and picked him up and went over and got a wash

11  rag over here.  I come over here because I have wash rags

12  in here.  I took a wash rag out of the drawer, got it cold

13  right here and he was standing here.  I had his little head

14  back and I held the wash rag on his head for a while.  He

15  says, "Okay."  So then he went downstairs here.

16        DET. VUCINICH:  Now, are we done with this incident

17  here?

18        MS. STANFIELD:  Yeah.

19        DET. VUCINICH:  Okay.  Where were you standing at

20  when he actually fell?  Where were you standing when he

21  actually fell?

22        MS. STANFIELD:  Probably about right here because I

23  had told him to go down and take his little shoes off so I

24  was standing right here and I was going to make his lunch

25  and I was standing right here and he fell so I went over

**SER 033**

1    and picked him up.

2              DET. VUCINICH:  Okay.

3              MS. STANFIELD:  And then I went over there and got

4    the wash rag.

5              DET. VUCINICH:  Now, were there any other injuries

6    on him at that time that you noticed?

7              MS. STANFIELD:  No, I didn't see -- just a little

8    bruise prior to the one that he had before that.

9              DET. VUCINICH:  Where was that little bruise at?

10             MS. STANFIELD:  On the same exact spot because he

11   had bumped his head earlier like probably two weeks prior

12   to that on the same exact spot.

13             DET. VUCINICH:  Were there no other bruises on his

14   face --

15             MS. STANFIELD:  No, I never saw anything on his

16   face.  Nothing.  Except one little tiny circle right here

17   on his chin.  I had noticed when I put his little head back

18   to hold a wash rag on his little forehead, he had a little

19   circle bruise right here on the underneath of his chin.  I

20   had never seen it before so I don't even know where that

21   came from.

22             DET. VUCINICH:  Okay.

23             MS. STANFIELD:  I have no idea where he got that.

24   Then he --

25             DET. VUCINICH:  Okay.  And then for the record, and

1    then from here, now we're going to skip up several hours,

2    correct?

3            MS. STANFIELD:  Do you want me to say he ate lunch

4    and laid down?

5            DET. VUCINICH:  No, we won't go over that, we're just

6    going to go over theinjuries.

7            MS. STANFIELD:  Now he ate his lunch.  Then we went

8    to the school.

9            DET. VUCINICH:  Just real briefly.

10           MS. STANFIELD:  Okay.  I got him.  He took a nap

11   from 12:10 till 2:10 in the bedroom.  I got him up.  Took

12   him potty.  Bring him back down here.  Put his little

13   diaper back on because when we leave, I put a diaper on him

14   just to keep him from getting soiled.  We sat at the school

15   from 2:30 till 3:15 when my older grandson got out of

16   school and then the five-year-old Jake and me and Wyatt

17   were in the car and they were watching a DVD player, "Santa

18   Buddies" and he talked fine. ."Cute puppies, Grandma."

19   Acted perfectly fine.

20           We got here at 3:25.  We came in.  I laid my purse

21   right there and I looked at all three of them.  I said,

22   "Take your coats off."  So all three children were down

23   there in the same area and Wyatt was standing approximately

24   right in this area just about right here because they laid

25   bags down and Wyatt was standing right here and he was kind

25

**SER 035**

1    of facing the fireplace and the other kids were right there

2    and I went up and I went and put the DVD player in my

3    bedroom.  Came back and the boys were taking their shoes

4    and stuff off and Wyatt was still standing there and the

5    older one, Chad, went like this and rubbed him on the head

6    and says, "Wyatt, take your coat off like Grandma said."

7         And Wyatt just stood there and Chad went back over

8    there and finished taking his shoes off and I had stepped

9    up like this.  I was like in this area right here.  I

10   stepped up here.  Well, this is kind of where I was.  I was

11   right here when I looked -- when I looked at Wyatt, he was

12   still standing there when Chad had rubbed him on the head.

13        And so then I turned to see where my purse was and

14   I heard this thud and that's when Wyatt fell right down on

15   the floor.  Right in this area.  I mean just literally

16   laying right here on the floor and I thought he had held

17   his breath because he does that so I went like this to pick

18   him up and I said, "Wyatt, it's okay."  And there was

19   nothing.  He was completely just jelly.  His arms -- and

20   Chad started laughing at first because he thought I was

21   kind of joking around.  I said, "Chad, this isn't funny.

22   Get me my purse.  I need my phone."

23        So Chad runs upstairs and I'm sitting on this step

24   right here trying to get Wyatt to, you know, come to to me.

25   I thought he was holding his breath and there was nothing.  So

26

1  I laid him on the floor right here. I laid him kind of

2  right here flat so I that could do CPR and I started CPR

3  and called my daughter Stacie immediately and 911 right

4  after that.

5      DET. VUCINICH:  Okay.

6      MS. STANFIELD:  So when I was right here, I had

7  Wyatt's head right here and I had his body like this and I

8  was doing CPR. And so then shortly after that, Brian came

9  in, Chad and Jake's father. Stacie came in first -- my

10  daughter came in first and then Brian came in. They were

11  here at the same time so I wasn't looking at the clock

12  because I was working on the baby.

13      DET. VUCINICH:  Okay. That's fine. When he

14  fell -- when he was originally standing right here and you

15  were standing over there, which way was he facing?

16      MS. STANFIELD:  He's looking at the fireplace.

17      DET. VUCINICH:  He's facing the fireplace.

18      MS. STANFIELD:  Yeah. He's just standing here with

19  his little foot like this and his little hands down. He

20  was looking at the fireplace.

21      DET. VUCINICH:  And then you --

22      MS. STANFIELD:  And I told him twice to take his

23  coat off and he just sort of stood there and Chad was right

24  there and Chad come over and rubbed him on the head and said,

25  "Take your coat off, Wyatt, like Grandma said," and then Chad

27

**SER 037**

1    went back over there and I walked -- I was still up there

2    and then Wyatt fell just kapoosh right here.

3            DET. VUCINICH:  Did you see him fall?

4            MS. STANFIELD:  I heard it.  I didn't see him fall.

5    I just heard this boom and Chad goes, "Wyatt."  And so then

6    I come down the step real quick and picked him up and

7    that's when everything went --

8            DET. VUCINICH:  How was his body laying here after

9    he fell?

10           MS. STANFIELD:  He had -- actually --

11           DET. VUCINICH:  Can you show me?

12           MS. STANFIELD:  He was like he had turned -- he was

13    flat on his back.

14           DET. VUCINICH:  I mean how was he lying?  Do you

15    want to lay down and do that or do you have a doll or

16    something that we can lay down or --

17           MS. STANFIELD:  Well, he was like this and he had

18    fell -- I would say --

19           DET. VUCINICH:  Can we use this?

20           MS. STANFIELD:  Yeah, that's fine.

21           DET. VUCINICH:  If this is him, how was he laying

22    on the floor?

23           MS. STANFIELD:  First he was like this.

24           DET. VUCINICH:  Okay.

25           MS. STANFIELD:  And Chad rubbed him on the head and he

SER 038

1          looked at Chad like this because Chad rubbed him on

2          the head and I was over there and all I saw was I

3          slightly saw Wyatt but not paying attention.  Kapoosh.

4          I mean from a straight stand up.  Kapoosh.

5          DET. VUCINICH:  Now, laying on the floor the way --

6          MS. STANFIELD:  It would be just -- he was just

7   like that.

8          DET. VUCINICH:  In this general area or somewhere

9   different?

10         MS. STANFIELD:  Yes, right here and I picked him up

11  real quick and went over there and sat down with him.

12         DET. VUCINICH:  Now, can you respond from where you

13  were -- from where you were and show me how you picked him

14  up and what you did?

15         MS. STANFIELD:  I was standing just about right

16  here when Chad rubbed him on the head.

17         DET. VUCINICH:  Okay.

18         MS. STANFIELD:  Because I looked down to see where

19  Wyatt was because he was still standing there and so when

20  Wyatt was still standing there, Chad rubbed him on the head

21  and walked over there.  I kind of (inaudible) at Wyatt and

22  Wyatt just -- actually I saw him do, you know, just poosh

23  so I did see him fall because it was a thud and I thought,

24  oh, my gosh because I was kind of right here in this area.

25         So I go down real quick like this and I picked him up

29

**SER 039**

1       thinking he held his breath because he's done that.

2           So I went like this and picked him up and I said,

3  "Wyatt."And Wyatt literally was just like (inaudible).  His eyes

4  were looking at me but it was like he wasn't looking at me

5  so I shook him.  I said, "Wyatt," and I ran over here like

6  this and I sat down real quick and I put him on my lap and,

7  "Wyatt, Wyatt.  Wake up," and the boys are crying.  They

8  started getting kind of freaked out.  First Chad laughed

9  and then they realized something was wrong.

10          So then I took Wyatt's little head like this

11  because I was holding him because he wasn't opening --

12  there was nothing.  And I laid him down like this and I

13  started breathing on his mouth immediately.  I listened,

14  tilted his little head back.  I could feel his heartbeat.

15  I felt for his heartbeat and I felt his pulse and then he

16  was going (inaudible).  So he was opening his mouth really

17  large like he was gasping for air.

18          I knew he hadn't had nothing to eat yet because we

19  were getting ready to do a snack so I called the 911 and

20  they said, "Do your CPR.  We'll have them there."

21          DET. VUCINICH:  Okay.

22          MS. STANFIELD:  I gave them the address.  They were here.

23  Stacie come running in first and she was going, "Mom, get him

24  up, get him up," screaming because she panicked.  My daughter

25  panicked.

30

1    DET. VUCINICH:  If we can just back up a little

2 bit.  After you picked him up here, you tried to get him to

3 wake up (inaudible).

4    MS. STANFIELD:  Yeah, yes.

5    DET. VUCINICH:  Can you tell me how you did that

6 again?

7    MS. STANFIELD:  He was laying -- he would be laying

8 kind of like this because he had fallen from Chad --

9    DET. VUCINICH:  Right.

10    MS. STANFIELD:  I picked him up like this and he

11 was completely limp.  I went, "Wyatt, Wyatt, Wyatt."  And I

12 didn't do a heavy shake on him.  I just go, "Wyatt, Wyatt,"

13 but his head was loose so I put my hand under his head and

14 I mean his arms and legs were just not -- I mean he's

15 heavy.  Even though he's little, he's heavy because I have

16 this really bad hip so I went like this and he did nothing.

17    Chad started to laugh and I said, "Chad, this isn't

18 funny," and Chad even told me last night.  They stayed all

19 night here.  The grandchildren stayed here last night.  He

20 said, "Grandma, I thought you were just playing around,"

21 and it was not funny.  So that's when I sat down with him

22 and realized that something was extremely wrong because he

23 went (inaudible).  I mean his mouth was wide open like he

24 was gasping for air so I hurried and laid him down and felt for

25

31

150

SER 041

1   the pulse and stuff.  No air was coming out of his mouth

2   (inaudible).  Absolutely nothing.

3          DET. VUCINICH:  What did Chad mean when he

4   (inaudible)?

5          MS. STANFIELD:  Because at home at Stacie's, they

6   pretend that they just fall down.  They play a game.

7   Stacie said they play this game where -- what was she

8   saying to me?  What game do you play with Wyatt, honey?

9          MR. STANFIELD:  (Inaudible.)

10         MS. STANFIELD:  They play some game where they fall

11  down and pretend that they just -- take him out.  They play

12  a game.  They've been playing a game at home where they

13  fall down.  Some game.  I don't know.  Stacie was telling

14  me something about a game they play and so they thought

15  that Wyatt was playing the same game that they were playing

16  at their house.  It was some game that the three play at

17  home.  I haven't seen them do it so I don't know what she's

18  talking about.

19         DET. VUCINICH:  Okay.  And just for the record,

20  Jake had walked in the kitchen inadvertently and that's

21  when you saw me motion and he bobbed out of the room so he's

22         only here for 10, 15 seconds?

23         MS. STANFIELD:  See, what I didn't understand was

24  there was nothing on the floor.  There's never nothing on

25  my floor.  I've never had anything in the way.  That's why

32

1  we've got this padded because of the clumsy little

2  children.  Because little children are clumsy so we've

3  padded the fireplace.  It's got wood and then padding and

4  then the carpet and we've always had that on there.  We've

5  done it for the kids.  This ledge is not a nice ledge.  We

6  don't finish, you know, redoing everything.

7      DET. VUCINICH:  Now, just for clarification

8  (inaudible) go back and you said that Chad thought you were

9  playing.

10     MS. STANFIELD:  He thought we were playing because

11  they'd been playing that game.  He thought Wyatt was

12  playing.  Not me.  He thought Wyatt was joking around.  He

13  says, "Grandma, I thought you and Wyatt were joking

14  around."  I said, "Like what, honey?"  He says, "I thought

15  you and Wyatt were just playing -- faking like a fake

16  game," and I said no.

17     DET. VUCINICH:  Like what -- at what point did he

18  ask you that question?  When you picked him up, when he was

19  laying down or what?

20     MS. STANFIELD:  He didn't ever ask me that.  He was

21  laughing.  He asked me that last night when he stayed all

22  night.  So like when he was right there, he started

23  laughing.  I said, "Chad, this isn't funny.  Please get me

24  my purse.  I need it because it's got my phone."  Last

25  night when I was laying down with him to get him to sleep,

33

SER 043

1    he goes, "Grandma, I thought you and Wyatt -- you guys were

2    clowning around," so (inaudible).

3           DET. VUCINICH:  Okay.

4           MS. STANFIELD:  I mean there's -- this floor is

5    hard because it's cement underneath but to me, it's like

6    Wyatt's dizziness has got something (inaudible).  It's got

7    to be something (inaudible).  There's something going on,

8    and the weight loss.

9           DET. VUCINICH:  What's underneath this carpet?

10         MS. STANFIELD:  Under the carpet is cement and then

11    Crest Deck (phonetic).  It's kind of like wood stuff my

12    husband put in.  Double pad -- double pad I believe and

13    then the carpet.

14         DET. VUCINICH:  Bob, what was on this floor again?

15         MR. STANFIELD:  It was cement originally like a

16    garage.

17         DET. VUCINICH:  Right.

18         MR. STANFIELD:  And then I put it's called Crest

19    Deck.  They used to use it in manufactured homes.

20         DET. VUCINICH:  Okay.

21         MR. STANFIELD:  It's sort of like plywood.

22         DET. VUCINICH:  Right.

23         MR. STANFIELD:  And then I put that down and I put

24    two layers of padding down.  Three-eighths and a half inch.

25         DET. VUCINICH:  Each layer of padding is

34

1  three-eighths and a half inch?

2       MR. STANFIELD:  One layer was three-eighths and one

3  layer is half.

4       DET. VUCINICH:  Oh, half inch and then

5  three-eighths inch.

6       MR. STANFIELD:  Yeah.

7       DET. VUCINICH:  And then carpet.

8       MR. STANFIELD:  And then the carpet, yeah.

9       DET. VUCINICH:  That does feel pretty soft.  Okay.

10  And when did you do all this?

11       MS. STANFIELD:  Years ago.

12       MR. STANFIELD:  Oh, probably 20 years ago.  It's

13  been quite awhile.

14       MS. STANFIELD:  It's been here for a long time.

15       DET. VUCINICH:  I was under the impression that you

16  guys were remodeling your house at some point.  Are you

17  guys going to start remodeling?

18       MR. STANFIELD:  Just the kitchen area.

19       MS. STANFIELD:  We did the kitchen cupboards and

20  the flooring.

21       DET. VUCINICH:  Okay.

22       MS. STANFIELD:  This has been here for quite

23  awhile.

24       MR. STANFIELD:  It was orange shag when we first

25  moved in.  We couldn't leave it there.

35

1    DET. VUCINICH:  Are you guys pulling this carpet

2  out any time soon?

3    MR. STANFIELD:  No.  It will be awhile before we

4  do.

5    DET. VUCINICH:  Okay.  Were there any other

6  injuries that you noted on him that day?

7    MS. STANFIELD:  The only thing that he did was hit

8  his little forehead on the kitchen and then fall flat right

9  here.  Nothing.

10    DET. VUCINICH:  Okay.

11    MS. STANFIELD:  I haven't seen him get hurt all

12  week.

13    DET. VUCINICH:  Okay.  When you guys left to go get

14  Chad (inaudible).

15    MS. STANFIELD:  Okay.

16    DET. VUCINICH:  It was about 2:30ish.

17    MS. STANFIELD:  2:20.  Well, I left here at 2:10.

18  I got to school at 2:30.

19    DET. VUCINICH:  At 2:30, okay.  So --

20    MS. STANFIELD:  I left here at 2:10, get to the

21  school right after that and I sit at the school from 2:30

22  till 3:15.  So we were in the car from -- for about 45

23  minutes.

24    DET. VUCINICH:  And how was --

25    MS. STANFIELD:  Perfectly fine.

36

1       DET. VUCINICH:  -- Wyatt then?

2       MS. STANFIELD:  Sitting there talking about the

3   "Snow Buddies" movies and talking to me and --

4       DET. VUCINICH:  Did you see him at all that day,

5   Bob?

6       MR. STANFIELD:  No.

7       DET. VUCINICH:  Was there anybody at the school

8   that saw him that day?

9       MS. STANFIELD:  No.  Just me and Jake were in the

10  car.

11      DET. VUCINICH:  Okay.  And then when you guys get

12  home -- what car did you drive actually?

13      MS. STANFIELD:  That white truck I always drive,

14  the white truck.

15      DET. VUCINICH:  The white truck out front.  If you

16  could just get that on your way out.  It's an extended cab

17  it looks like --

18      MS. STANFIELD:  Yeah.  He sits in the back always

19  in the middle.

20      DET. VUCINICH:  Okay.  When you guys got home, who

21  got him out of the car?

22      MS. STANFIELD:  I carried him.  I lifted him out.

23  I set him down and he walked.  He wants to walk.  I

24  unbuckle him and I set him down on the thing and I held

25  onto his hand -- he likes his hand held onto.  If you let

**SER 047**

1    go of his hand, he cries.  It's like even when Stacie and I

2    take him shopping, if you have him walk in and you hang

3    onto his hand, he's fine.  If you let go of his hand, he

4    cries.

5         We were in the mall just a few days ago with him.

6    He was perfectly fine as long as you hang onto his little

7    hand.  It's like he needs that security.  If you let go of

8    that hand, he literally panics.

9         DET. VUCINICH:  On that day right before this

10   happened --

11        MS. STANFIELD:  The boys got out because I was

12   getting the DVD player.  I was in the truck and the boys

13   flew out because I said, "Your dad's coming in ten

14   minutes," because Brian comes to pick them up.

15        DET. VUCINICH:  Which boys?

16        MS. STANFIELD:  The older two boys.

17        DET. VUCINICH:  Okay.

18        MS. STANFIELD:  I told Chad and Jake, "Get out and

19   go in and get your stuff, you know, whatever you need to

20   do.  Your dad will be here --" Brian comes to pick them up

21   every other two days.

22        DET. VUCINICH:  Right.

23        MS. STANFIELD:  Stacie and Brian and that day was

24   Brian's day -- Friday was Brian's day and he was -- he gets

25   here about 3:40, 3:45.  So they came in and that's when --

SER 048

1    and I had lifted Wyatt up and I had the DVD player right

2    here under my arm and lifted him out and set him down, held

3    onto his hand and we came in and that's when I brought him

4    down here and he was fine.

5         DET. VUCINICH:  But you held his hand all the way

6    from the truck?

7         MS. STANFIELD:  Yes, yes.

8         DET. VUCINICH:  All the way in here.

9         MS. STANFIELD:  Yes.  All the --

10        DET. VUCINICH:  So he never tripped outside or

11   slipped outside?

12        MS. STANFIELD:  No.  Not at all.  I hold onto his

13   hand, especially with snow and ice.  I lifted him out and I

14   set him down.  I don't carry him a lot because I have a

15   really bad hip and I try not to have him -- because we're

16   also trying to get him to do the walking thing.  So he

17   never got let go of outside at all.  Not at all.

18        DET. VUCINICH:  And then one other thing that I

19   would just kind of clarify here and I heard this lots -- I

20   heard this from other folks that he throws tantrums.

21        MS. STANFIELD:  He gets frustrated and when he gets

22   frustrated, he'll hold his breath.

23        DET. VUCINICH:  So what did he do right before he

24   fell here?

25        MS. STANFIELD:  He was -- he started crying because

SER 049

1   I told him to take his coat off. He wants everybody to do

2   it for him and Stacie and Lance wanted me to have him take

3   it off himself because it's just not (inaudible). They

4   wanted him to do that and I thought it to be out of the

5   ordinary. And so I didn't take it off of him and that's

6   when I went in with the DVD player and when I came back in,

7   he still had it on. Jakey -- I mean Chad told him to take

8   it off and he still had it on when he fell down.

9           So I took it off of him really quick because, you

10  know, I took that off, threw it over there (inaudible)

11  throw it in that pile. I literally pulled it off and threw

12  it because I mean there was -- he was just (inaudible).

13          DET. VUCINICH: No. I mean so before you took that

14  jacket off, what was he doing?

15          MS. STANFIELD: Standing right here.

16          DET. VUCINICH: Was he -- how was he acting?

17          MS. STANFIELD: Irritated frustrated.

18          DET. VUCINICH: Okay, but what was he doing?

19          MS. STANFIELD: He gets his little fists going like

20  this and he gets kind of mad and he -- I said, "Unbutton

21  the front," and I was talking to him just normal like we

22  always do and he didn't want to take it off so I walked --

23  I was right there and that's when I turned around and I

24  just heard this thud. I thought he held his breath. I

25  keep thinking that's what he had done. I thought he held

26

40

SER 050

1   his breath. I don't know what --

2          DET. VUCINICH: Was he talking back to you at all?

3          MS. STANFIELD: He doesn't (inaudible)

4          DET. VUCINICH: (Inaudible.)

5          MS. STANFIELD: (Inaudible) at first he was that

6   way and when Chad rubbed his head, he looked that way and

7   then when I said, "Take your coat off," he was just still kind of

8   standing there.

9          MR. STANFIELD: Hello. Ah, maybe not, may I take a

10  message?

11         DET.VUCINICH: How many times did you tell him to take

12  his jacket off?

13         MS. STANFIELD: Probably a couple times.

14         DET. VUCINICH: And, and was it removed?

15         MS. STANFIELD: No, he didn't take it off. But see,

16  I've been accused of not correcting enough. (Inaudible) you never

17  correct your grandkids.

18         MR. STANFIELD: Yeah, Jake's here and we have Chad

19  and right here 3:00.

20         MS. STANFIELD: (Inaudible.) The most Wyatt's ever

21  had here is timeout. Like I'll sit him up on a chair and

22  sit him on this little edge. I'll sit him there for a few

23  minutes until he stops his little fit. He'll throw a fit

24  and I'll just pick him up and sit him on the ledge and say

25  sit there until you stop your crying and then when he sits

26  there for a few minutes, then I'll say, "Do you know why

27  you're sitting there?" And (inaudible). I said, "Okay.

28  You can get up and play." So -- and the only injury that I

29  know that day that he fell is that right here on his head.

30         DET. VUCINICH: Okay. Okay.

31

41

SER 051

1      MR. STANFIELD:  Okay.  Yeah, we'll be leaving here,

2   yeah, shortly.

3      DET. VUCINICH:  (Inaudible.)

4      MS. STANFIELD:  What do you need?

5      DET. VUCINICH:  Do we need to get some (inaudible)?

6      MS. CLOUGH:  If you don't mind.

7      MS. STANFIELD:  What did you need?

8      MS. CLOUGH:  If you don't mind if we just do

9   measurements because I know that you said that she acted

10  irritated but when she took photos of her measurements, she

11  hot-spotted her tape so we can't read it.  So do you mind

12  if we --

13     DET. VUCINICH:  There's more issues that she --

14     MS. CLOUGH:  -- measure just some -- quick just

15  some rooms?

16     MS. STANFIELD:  Oh, I don't care.  She -- what's

17  hot spot?

18     MS. CLOUGH:  And the reason -- to answer your

19  question -- it's when you take a photo and your flash

20  reflects off of her tape.  It's a reflective tape.

21     MS. STANFIELD:  Well, I seen her measuring and

22  taking pictures but --

23     MS. CLOUGH:  That was part of her problem.  There

24  was only two hands.  So she's trying to take a photo and

25  hold it and so her flash actually reflected off the tape so

42

1    you can't see anything on it.  And just to answer your

2    question, the reason that we take measurements is just so

3    we can go back and write a diagram of the house so we can

4    show, you know, this is the house we were in and this is

5    the layout of the house and so it's mostly just for us and

6    for any information, you know.  Because to come back and

7    say, "Well, were you at the right house?"  "Well, yes, this

8    is the layout."  Here's -- so that's what measurements are

9    for.

10          MS. STANFIELD:  I mean she was all done and he

11   wanted all the clothing for evidence and she put them in

12   sacks right here and then I said, "You guys didn't do the

13   garage."  I was trying to be real quiet and polite about

14   it.  She kind of sets the sacks back down and her and the

15   officer went out and measured the garage.

16          MS. CLOUGH:  Yeah.  We'll talk to her because --

17   and then she's fairly new and so she -- I don't know that

18   she really knew exactly what she was looking for or the

19   reason she was doing it.  So her frustration was --

20          MS. STANFIELD:  You said something about she needed

21   to measure and take pictures but you said something about

22   evidence.

23          DET. VUCINICH:  Yeah, she got --

24          MS. CLOUGH:  Just clothing.

25          DET. VUCINICH:  -- the clothing.

43

**SER 053**

1    MS. CLOUGH:  Anything we take from the house is

2  considered evidence.

3    MS. STANFIELD:  Oh, I thought you meant something

4  else.  I'm sitting there telling the police officers that

5  you said you wanted evidence and they said, "What kind of

6  evidence does he want?"  And I said, "I don't know.  He

7  just said something about evidence."

8    DET. VUCINICH:  That's police terminology for

9  the (inaudible).

10    MS. STANFIELD:  Okay.

11    MS. CLOUGH:  For anything that we collect is

12  considered evidence.

13    DET. VUCINICH:  Yeah.

14    MS. CLOUGH:  But I apologize for that if it was

15  confusing or not forthright with you but that's the reason.

16  And what I do is I actually go back and draw --

17    MS. STANFIELD:  I thought she might have been in a

18  mood and wanting to go home or something.

19    MS. CLOUGH:  And that could have been too.  I think

20  she was frustrated with me and so on because I was calling

21  her as well and so --

22    DET. VUCINICH:  So she just needs to take some

23  measurements again.

24    MS. CLOUGH:  Is that all right?

25    DET. VUCINICH:  Yeah, yeah.  Is it okay, Kathrine?

44

**SER 054**

1    Yeah, she said okay.

SER 055

CD AUDIO OF 911 DISPATCH CALL
DECEMBER 11, 2009
AUDIO DISK S (Track 1)

TRANSCRIBED BY:
Canyon Transcription
P.O. Box 387
Caldwell, Idaho 83606
(208)454-1010

Proceedings recorded by electronic sound recording.
Transcript prepared by transcription service.

MAY 0 2 2012

Admitted into Evidence



1                (Audio Disk S, Track 1, begins.)

2          DISPATCHER: (Inaudible) dispatch. What's the

3 address of the emergency?

4          MS. STANFIELD: Yes. I need help at 10245 Lahontan

5 Drive immediately.

6          DISPATCHER: 10245 Lahontan?

7          MS. STANFIELD: Yes, please.

8          DISPATCHER: Okay. Is there --is that a house

9 or --

10          MS. STANFIELD: It's a little two-year-old. It's a

11 house and he's not breathing. Please hurry.

12          DISPATCHER: Okay. We're going to get them on the

13 way. What's the phone number you're calling from?

14          MS. STANFIELD: It's 631-4707.

15          DISPATCHER: 631-4707. Tell me exactly what

16 happened.

17          MS. STANFIELD: He holds his breath a lot. He's

18 been throwing tantrums and I picked up my grandchildren

19 from school and he was fine and I asked him to take his

20 coat off and he threw himself down on the floor and hit his

21 head.

22          DISPATCHER: Okay.

23          MS. STANFIELD: Because he throws tantrums and all

24 of a sudden, I couldn't --he's just limp. He's all over

25 the place.

1           DISPATCHER: How old is he?

2           MS. STANFIELD: He's two.

3           DISPATCHER: Okay. Is he awake?

4           MS. STANFIELD: He's acting weird. I don't know.

5           DISPATCHER: Is he breathing?

6           MS. STANFIELD: He's breathing kind of but he's --

7  he almost is like he's breathing --he's (inaudible).

8           DISPATCHER: Okay. They're on their way lights and

9  sirens. Okay? You need to get everyone calm. Hold on.

10  Hold on. Let me tell you how to help him, okay?

11          MS. STANFIELD: (Inaudible.)

12          DISPATCHER: Hello?

13          MS. STANFIELD: Hello. I'm listening.

14          DISPATCHER: Okay. Everybody needs to calm down

15  over there in order to help that child. Okay?

16          MS. STANFIELD: (Inaudible.)

17          DISPATCHER: Is he breathing?

18          MS. STANFIELD: He's gasping for air.

19          DISPATCHER: He's gasping for air. Okay. All

20  right.   I'm going to tell him how to help him, okay?

21          MS. STANFIELD: Okay.

22          DISPATCHER: Are you right by him now?

23          MS. STANFIELD: I've had CPR but my grandsons

24  (inaudible).

25          DISPATCHER: (Inaudible.) Okay. They're on their

1    way lights and sirens. Okay? I'm going to tell you how to

2    do CPR, okay?

3              MS. STANFIELD: Okay.

4              DISPATCHER: Are you right by him now?

5              MS. STANFIELD: (Inaudible) breathing. Okay.

6              DISPATCHER: Are you right by him now?

7              MS. STANFIELD: Yes, I am.

8              DISPATCHER: Okay. Listen carefully. Lay him flat

9    on his back on the ground. Remove any pillows.

10             MS. STANFIELD: Okay. He's flat.

11             DISPATCHER: Okay. Now kneel next to him and look in his

12   mouth for food or vomit. Is there anything in his mouth?

13             MS. STANFIELD: No, there's not.

14             DISPATCHER: Okay. Now, place your hand on his

15   forehead, your other hand under his neck and carefully tilt

16   the head back.

17             MS. STANFIELD: I've had CPR. Okay.

18             DISPATCHER: Okay. Put your ear next to his mouth.

19   Can you feel or hear any breathing?

20             MS. STANFIELD: No, I cannot.

21             DISPATCHER: Okay.

22             MS. STANFIELD: He's gasping for air.

23             DISPATCHER: Okay. All right. Okay. I'm going to

24   tell you how to give mouth-to-mouth which is with his head

25   carefully tilted back, pinch his nose closed and completely

1  cover his mouth with your mouth.

2  　　　　MS. STANFIELD: Okay.

3  　　　　DISPATCHER: And then blow two regular breaths into

4  the lungs about one second each just enough to make the

5  chest rise with each breath.

6  　　　　DISPATCHER: Okay?

7  　　　　MS. STANFIELD: Okay.

8  　　　　MS. STANFIELD: Okay. I was already doing CPR but

9  he --

10  　　　　DISPATCHER: Did you feel the air going in and out?

11  　　　　MS. STANFIELD: Uh-huh. (Inaudible.)

12  　　　　DISPATCHER: Did you feel the air going in and out?

13  　　　　MS. STANFIELD: Yes, I did.

14  　　　　DISPATCHER: Okay. Listen carefully now. I'll

15  tell you how do chest compressions. Make sure he's flat on

16  his back on the ground. Okay?

17  　　　　MS. STANFIELD: Okay.

18  　　　　DISPATCHER: Place the heel of your hand on the

19  breastbone in the center of his chest right between the

20  nipples.

21  　　　　MS. STANFIELD: Okay.

22  　　　　DISPATCHER: Okay. Now, push down one and a half

23  inches with only the heel of one hand touching the chest.

24  　　　　MS. STANFIELD: Okay.

25  　　　　DISPATCHER: Pump the chest hard and fast 30 times

1    at least twice per second and let the chest come up all the

2    way up again. Tell me when you're done.

3                MS. STANFIELD: 2, 3, 4, 5, 6, 7, 8, 9, 10, 11,

4    (inaudible). Okay.

5                DISPATCHER: Okay. All right. Do you understand

6    me so far?

7                MS. STANFIELD: Uh-huh.

8                DISPATCHER: Okay. Now, with your hand under his

9    neck, pinch his nose close and carefully tilt his head back

10   again. Give two more regular breaths and pump the chest 30

11   more times. Okay?

12               MS. STANFIELD: Okay.

13               DISPATCHER: Make sure the heel of your hand is on

14   the breastbone and (inaudible) between the nipples. Okay?

15               MS. STANFIELD: Okay.

16               DISPATCHER: Okay.

17               MS. STANFIELD: Okay.

18               DISPATCHER: Okay. Tell me when you're done with

19   that.

20               MR. DUVAL: Chad, Jake, out of here.

21               MS. STANFIELD: Okay.

22               DISPATCHER: All right. Now --

23               MS. STANFIELD: He's not --

24               DISPATCHER: Okay. Go ahead. Is he breathing?

25               MS. STANFIELD: Everybody's (inaudible). Please

1   help me, Brian, do it. My son-in-law's here.

2          DISPATCHER: From now on, give him two breaths and

3   30 pumps, two breaths and 30 pumps.

4          MS. STANFIELD: Two breaths, Brian, 30 pumps.

5   Hurry.

6          DISPATCHER: Keep doing it until they can take

7   over.

8          MS. STANFIELD: His heart is beating but he's not

9   breathing.

10         DISPATCHER: Okay. We got to keep going.

11         MS. STANFIELD: Keep doing it. He said to give him

12  two breaths. Pinch his nose and breathe twice.

13         DISPATCHER: Two breaths, 30 pumps. Two breaths

14  and 30 pumps. Okay?

15         MS. STANFIELD: Two breaths, Brian, hurry. Pinch

16  his nose and breathe twice.

17         MR. DUVAL: (Inaudible.)

18         MS. STANFIELD: What?

19         MR. DUVAL: He's breathing.

20         MS. STANFIELD: No. He wants you to pinch his nose

21  and breathe in his mouth twice.

22         DISPATCHER: If he's breathing, then we don't need

23  to be doing CPR. Is he breathing?

24         MS. STANFIELD: Yeah, but he's going (inaudible)

25  but he's acting like his eyes aren't there. He's like he's

7

011

SER 062

1   dreamed off into space.

2           DISPATCHER: Okay. We need to keep going with the

3   CPR then, okay?

4           MS. STANFIELD: Okay. He says to keep doing the

5   CPR because even though he's breathing, we need to do this.

6   (Inaudible.) Is his heart beating, Brian?

7           MR. DUVAL: Yes.

8           MS. STANFIELD: His heart's beating.

9           DISPATCHER: Okay.

10          MS. STANFIELD: But he's looking like he's off in

11  space.

12          DISPATCHER: Okay. All right. What I need you to

13  do is re-tilt his head back and check to see if he's

14  breathing.

15          MS. STANFIELD: Okay. Put his head back, Brian.

16  He's --he makes a gasp sound but there's no air coming out

17  of his mouth.

18          DISPATCHER: Okay. So we need to continue with CPR

19  and mouth-to-mouth, okay?

20          MS. STANFIELD: But he's --okay.

21          DISPATCHER: Two breaths and 30 pumps, two breaths

22  and 30 pumps, okay? It looks like they're on location. We

23  need somebody to open the door. You got to keep going

24  though so (inaudible).

25          MS. STANFIELD: Yeah, it's open. They're watching.

1          DISPATCHER: Okay.

2          MS. STANFIELD: That's weird. It's like

3   (inaudible) little tummy. Shoot. I've never had this

4   problem. I've had CPR classes. I just took a CPR and I'm

5   doing my CPR but it's like he's (inaudible) off in space.

6          DISPATCHER: Okay. All right. Okay. Well, if

7   he's --if he's getting a breath every --less than every

8   10 seconds, then he's breathing. Okay.

9          MS. STANFIELD: The paramedics are here. Thank

10  you.

11         DISPATCHER: I'll let you go. Thank you.

12               (Audio Disk S, Track 1, ends.)

13

14

15

16

17

18

19

20

21

22

23

24

STATE OF IDAHO       )
                         ) SS

COUNTY OF CANYON    )

        I, TAMARA A. WEBER, State-certified and licensed

transcriber, do hereby certify:

        That the foregoing transcript is a transcript of a

disk made of the proceedings in the matter of the CD Audio

of the 911 Dispatch Call, Track 1; that the foregoing pages

1 through 9 of this transcript contains as accurate and

complete a transcription of said disk as I was able to

make.

        IN WITNESS WHEREOF, I have hereunto set my hand

this 13th day of September, 2011.

                                        _____

                                        TAMARA A. WEBER, CSR RMR
                                        Idaho CSR License No. 278
                                        Transcriber

SER 065